IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:14-CV-131-RLV-DCK

| | |
|---|---|
| CINDY JO LINDSEY, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| LOWE'S COMPANIES, INC., LOWE'S HOME CENTERS, LLC, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Jonathan R. Harkavy, filed a "Mediator's Report Of Outcome (LCvR 16.3(C)(3)" (Document No. 8) notifying the Court that the parties reached a settlement on March 19, 2015. The Court commends the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **April 27, 2015**.

Signed: March 27, 2015

David C. Keesler
United States Magistrate Judge