IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL DOCKET NO.: 5:14CV131-RLV

| | |
|---|---|
| CINDY JO LINDSEY, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| LOWE'S COMPANIES, INC., ) | |
| LOWE'S HOME CENTERS, LLC, ) | |
|     Defendants. ) | |
| ) | |

**THIS MATTER** comes before the Court on a "Stipulated Motion For Dismissal With Prejudice" pursuant to Rule 41(a)(2) and (c) of the Federal Rules of Civil Procedure, filed April 24, 2015.[1] (Doc. 10). The mediator, Jonathan R. Harkavy, advised the Court in March 2015 that the case was completely settled. (Doc. 8). The Stipulated Motion represents that each party is to bear its own costs and expenses.

**IT IS, THEREFORE, ORDERED** that the parties' Stipulated Motion For Dismissal With Prejudice is hereby **GRANTED**.

Signed: April 30, 2015

Richard L. Voorhees
United States District Judge

---

[1] United States Magistrate Judge David C. Keesler directed the parties to file a Stipulation of Dismissal on or before April 27, 2015. (Doc. 9). *See* Fed. R. Civ. P. 41(a)(1)(A)(ii)(2014) (providing for voluntary dismissal by plaintiff without a court order given stipulation of dismissal signed by all parties who have appeared). For the parties' future practice in this federal district, the undersigned notes that compliance with Rule 41(a)(1)(A)(ii) is standard practice. In addition, the parties' motion relies in part on Rule 41(c), which does not apply here since subsection (c) governs dismissal of counterclaims, crossclaims, and third-party claims.